UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>HOI TRUNG HO,<br><br>                        Defendant. | Case No.: 23-cr-1609-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On November 1, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 3, 2023 to December 15, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 38] and sets the Motion Hearing/Trial Setting on December 15, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On October 23, 2023, a plea agreement was lodged before the Court and a change of plea hearing will be set before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1  Further, on August 24, 2023, Defendant filed a pretrial motion that remains pending.
2  Accordingly, the Court finds that time from August 24, 2023 to December 15, 2023 shall
3  be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18
4  U.S.C. § 3161(h)(1)(D).

5  IT IS SO ORDERED.

6  Dated: 11/1/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE